# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132792(66)(70)

AMYRUTH L. COOPER, by her Next Friend,
SHARON L. STROZEWSKI, and LORALEE
A. COOPER, by her Next Friend, SHARON L.
STROZEWSKI,
        Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE ASSOCIATION,
        Defendant-Appellee.

SC: 132792
COA: 261736
Washtenaw CC: 03-000367-NF

_____

On order of the Chief Justice, the motion by defendant-appellee for extension of time for filing its brief is considered and, it appearing the brief was filed October 5, 2007, the time for filing is extended to that date. The motion for adjournment of the oral argument of this case is considered and it is GRANTED. The Clerk is directed to place this case on the next available session calendar for argument and submission.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk